No. 67. EMSPAK *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted, except as to question No. 4 presented by the petition for the writ, 346 U. S. 809. Argued January 12–13, 1954. This case is ordered restored to the docket for reargument. *David Scribner, Frank J. Donner, Arthur Kinoy* and *Allan R. Rosenberg* for petitioner. *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg, Carl H. Imlay* and *John R. Wilkins* for the United States. *Ernest Angell, Osmond K. Fraenkel, Arthur Garfield*

*Hays* and *Herbert Monte Levy* filed a brief for the American Civil Liberties Union, as *amicus curiae,* urging reversal.